UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHERRY L. MCNEAL,

Plaintiff,

v.

AMERICRAFT CARTON INC. and
RICH ELIZONDO,

Defendants.

CIVIL FILE NO. 00-894 (DSD/JMM)

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☒ GRANTED

☒ The Clerk is directed to file the Complaint.

☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: April 18, 2000

JOHN M. MASON
United States Magistrate Judge

Filed APR 18 2000
Francis E. Dosal, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________

Docket

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

CHAMBERS OF
JOHN M. MASON
U. S. MAGISTRATE JUDGE

610 FEDERAL COURTS BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101

April 18, 2000

Ms. Sherry L. McNeal
2107 Hamline Avenue North
Roseville, MN 55113

Re: Sherry McNeal v. Americraft Carton, et al.
Civil No. 00-894 (DSD/JMM)

Dear Ms. McNeal:

The Volunteer Lawyers Network (VLN) has been organized by lawyers who donate their time to assist individuals who file civil rights and employment discrimination claims and are unrepresented.

If you would like to have your case reviewed by a volunteer lawyer without cost to you, you must call Ms. Dawn Clitty at VLN at their Minneapolis office at (612) 752-6658 within 20 days of the date on this letter to determine if you qualify for those services. If you qualify, your case will be reviewed by a lawyer who will provide you with a general opinion on the merits of your claims and offer advice on how you should proceed. The volunteer lawyer may agree to represent you, but there is no requirement that he or she agree to do so or that any lawyer be appointed to assist you.

If you have not contacted VLN with 20 days, or if you are found ineligible for assistance by VLN, your case will be automatically scheduled for further proceedings.

Sincerely yours,

JOHN M. MASON
United States Magistrate Judge

JMM:kmh

cc: Volunteer Lawyers Network (w/complaint)