**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SHERRY L. MCNEAL,

Plaintiff,

v.

AMERICRAFT CARTON, INC. and
RICH ELIZONDO,

Defendants.

CIVIL FILE NO. 00-894 (DSD/JMM)

**STIPULATION AND ORDER FOR DISMISSAL**

The parties hereto, through their respective counsel, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, on the merits, and without an award of costs or attorney's fees to either party.

Respectfully submitted,

JOHNSON, RUSSELL, HELTZER & BURG

Dated: 1/25, 2001

Jerry A. Burg, (#214255)
650 Traffic Zone Building
250 Third Avenue North
Minneapolis, Minnesota 55401
Telephone: (612) 333-4858
Attorneys for Plaintiff

FILED FEB 1 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD FEB 1 2 2001
DEPUTY CLERK

LEONARD, STREET AND DEINARD, P.A.

Dated: January 19, 2001

Joel E. Abrahamson

Joel E. Abrahamson, (#236895)
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Attorneys for Defendant

**IT IS SO ORDERED.**

2/12/01

BY THE COURT

David S. Doty
Judge of U.S. District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.